J. AMOS HOUSE et al., Appellants, *v.* CELIA HORNBURG, Respondent.

Argued February 21, 1945; decided April 12, 1945.

*Frederick W. Fuess, Jr.*, and *Barton C. Meays* for appellants.
*Clarence Z. Spriggs* and *James Stafford* for respondent.

Judgment affirmed, with costs, upon the ground that the plaintiffs as brokers failed to establish that they had produced a buyer who accepted the terms of the defendant in respect to the time for the closing of title. We pass upon no other question. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.